PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 1:98CR00038-001-SLR |
| | ) |
| Shawn Cuff, | ) |
| | ) |
| Defendant. | ) |

**Petition on Probation and Supervised Release**

COMES NOW <u>Craig H. Carpenter</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Shawn Cuff</u>, who was placed on supervision by the Honorable <u>Sue L. Robinson</u>, sitting in the court at <u>Wilmington, Delaware</u> on the <u>27th</u> day of <u>April 1999</u>, who fixed the period of supervision at <u>three (3) years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.  The defendant shall participate in a drug treatment program which may include urine testing at the direction and discretion of the probation officer.

2.  The defendant shall participate in a mental health treatment program which may include anger control counseling, at the direction and discretion of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Please See Attached**

**PRAYING THAT THE COURT WILL ORDER** ...a summons for Shawn Cuff, so he can be brought before the Court on charges of violation of supervised release.

| **ORDER OF COURT** | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| So ordered this ___20th___ day of ___July___ 2006. | |
| _____ | _____ |
| Chief U.S. District Judge | Senior U.S. Probation Officer |
| | Executed on    July 13, 2006 |
| | Place    Wilmington, Delaware |

Page 2
RE: Shawn Cuff
Petition for Action
Case No: 1:98CR00038-001-SLR
July 13, 2006

### Petition for Action: Cause for Violation(s) of Supervised Release

**Mandatory Condition**: The defendant shall refrain any unlawful use of a controlled substance.

**Evidence (a)**: On April 11, 2005, Mr. Cuff submitted a urine sample that tested positive for cocaine. On October 17, 2005, the defendant tested positive for methamphetamine (MDMA-Ecstacy). On November 14, 2005, the defendant tested positive for marijuana. On June 19, 2006, Shawn Cuff tested positive for marijuana and methamphetamine (MDMA-Ecstacy).

**Special Condition #1**: The defendant shall participate in a drug treatment program, which may include testing, at the discretion and direction of the probation officer.

**Evidence**: The defendant missed appointments at Sodat for random testing on January 9, 2006 and May 19, 2006.