IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 98-038-SLR |
| | ) | |
| SHAWN CUFF, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

At Wilmington this 11th day of August, 2006;

IT IS ORDERED that the hearing to consider revocation of supervised release is scheduled for **Wednesday, August 23, 2006 at 11:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge