UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 98-038-SLR |
| | : | |
| SHAWN CUFF, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF VIOLATION HEARING**

Defendant, Shawn Cuff, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the August 23, 2006 violation of supervised release hearing to September 6, 2006 at 4:45 p.m. Counsel submits the following in support thereof:

1. On July 13, 2006 a petition to violate Mr. Cuff's term of supervised release was filed by USPO Craig Carpenter. A summons was issued and Mr. Cuff appeared for his initial appearance on August 10, 2006. A violation hearing was scheduled for August 23, 2006. Council has been scheduled to take annual leave on this day and respectfully requests a continuance of the hearing.

2. USPO Craig Carpenter does not oppose this request for rescheduling of the sentencing hearing. Council attempted but could not reach AUSA Richard G. Andrews, who is on annual leave this week, as well as the duty attorney for the United States Attorney's Office.

**WHEREFORE**, Mr. Cuff respectfully requests the Court to continue the sentencing hearing to September 6, 2006 at 4:45 p.m.

        /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Shawn Cuff

DATED: August 11, 2006

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that his Motion for Continuance is available for public viewing and downloading and was electronically delivered on August 11, 2006 to:

Richard G. Andrews, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Shawn Cuff