UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 98-038-SLR |
| : | |
| SHAWN CUFF, : | |
| : | |
| Defendant. : | |

## ORDER

In response to the Defense's Motion For Continuance, it is hereby **ORDERED** this _____ day of August, 2006, that Defendant Cuff's Violation of Supervised Release Hearing is continued to September 6, 2006 at 4:45 p.m.

_____
Chief Judge Sue L. Robinson
United States District Court Judge

cc:   AUSA Richard G. Andrews
      USPO Craig Carpenter