IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 98-038-SLR |
| | ) |
| SHAWN CUFF, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 14th day of August, 2006, having considered defendant's motion to continue;

IT IS ORDERED that said motion (D.I. 62) is **granted**. The hearing to consider revocation of supervised release scheduled for **August 23, 2006** is **cancelled** and **rescheduled** to commence on **Wednesday, September 6, 2006** at **4:45 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge