UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,        : | |
| :   | |
| Plaintiff,        : | |
| :   | |
| v.        : | Criminal Action No. 98-038-SLR |
| :   | |
| Shawn Cuff        : | |
| :   | |
| Defendant.        : | |
| :   | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Shawn Cuff, in the above-captioned matter.


　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　PENNY MARSHALL, ESQUIRE



　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　CHRISTOPHER S. KOYSTE, ESQUIRE
　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　First Federal Plaza
　　　　　　　　　　　　　　　　704 King Street, Suite 110
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Attorney for Defendant Shawn Cuff

DATED: August 14, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant hereby certifies that two (2) copies of the attached Substitution of Counsel and Entry of Appearance were hand delivered to the box designated in the Clerk's Office to:

>Richard G. Andrews
>Assistant United States Attorney
>Chase Manhattan Centre
>1201 Market St.
>Suite 1100
>P.O. Box 2046
>Wilmington, DE   19899-2046

>/s/
>CHRISTOPHER S. KOYSTE, ESQUIRE
>Assistant Federal Public Defender
>First Federal Plaza
>704 King Street, Suite 110
>Wilmington, DE 19801
>Attorney for Defendant Shawn Cuff

DATED:  August 14, 2006