AO83 (Rev. 12/85) Summons in a Criminal Case

REDACTED

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

| UNITED STATES OF AMERICA<br>V.<br>SHAWN CUFF<br><br>Bear, Delaware | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   98CR38-SLR |
|---|---|

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>J. Caleb Boggs Federal Building<br>844 N. King Street<br>Wilmington, DE 19801 | Room<br>#100 U.S. Marshal's Office - Deft.<br>To Report By: 12:00 p.m. |
|---|---|
| Before:  THE HONORABLE MARY PAT THYNGE, U.S. MAGISTRATE JUDGE | Date and Time<br>8/10/06 1:00 p.m. |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   Supervised Release<br>X  Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATIONS OF SUPERVISED RELEASE

2006 AUG 16 AM 9:33
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

By Francesca Passero, Deputy Clerk    7/21/06
Signature of Issuing Officer                Date

PETER T. DALLEO, CLERK
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date<br>Service was made by me |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _def. appeared for Court_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _8-14-06_         _DW Thomas_
         Date              Name of United States Marshal

                           _____
                           (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

