IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 98-38-001-SLR |
| | ) |
| SHAWN CUFF, | ) |
| | ) |
| Defendant. | ) |

**ORDER MODIFING SUPERVISED RELEASE**

At Wilmington this 12th of September, 2006, defendant, represented by counsel, attended a hearing held in the above captioned case for alleged violations of the conditions of supervised release;

IT IS ORDERED that:

1. The defendant is adjudged guilty of the violations of his conditions of supervised release.

2. Sentencing of defendant is postponed until **Tuesday, November 7, 2006 at 5:00 p.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. All terms and conditions of supervised release set in the April 27, 1999 judgment shall remain in effect.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge