IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 98-038-SLR ) |
| SHAWN CUFF, | ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 6th day of November, 2006;

IT IS ORDERED that the sentencing hearing scheduled for **November 7, 2006 is cancelled** and **rescheduled** to commence on **Monday, November 13, 2006** at **3:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge