IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Crim. No. 98-38-001-SLR |
| SHAWN CUFF, | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 16th of November, 2006, defendant, represented by counsel, having entered a plea of guilty to violating mandatory conditions of his probation on September 6, 2006;

IT IS ORDERED that the term of supervised release and the conditions imposed by this court on April 27, 1999 remain in full effect.

                                       _/s/_ \
                                       United States District Judge