PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 98CR00038-001-SLR |
| | ) |
| Shawn Cuff, | ) |
| | ) |
| Defendant. | ) |

**Petition on Probation and Supervised Release**

COMES NOW <u>Craig H. Carpenter</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Shawn Cuff</u>, who was placed on supervision by the Honorable <u>Sue L. Robinson</u>, sitting in the court at <u>Wilmington, Delaware</u> on the <u>27th</u> day of <u>April  1999</u>, who fixed the period of supervision at <u>four (4) years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug treatment program which may include urine testing at the direction and discretion of the probation officer.

2. The defendant shall participate in a mental health treatment program which may include anger control counseling, at the direction and discretion of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Please See Attached**

**PRAYING THAT THE COURT WILL ORDER** ...a warrant for the arrest of Shawn Cuff, so he can be brought before the Court on charges he has violated the terms and conditions of his federal supervised release.

**ORDER OF COURT**

So ordered this _6th_ day
of _August_ 2007.

_____
U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Senior U.S. Probation Officer

Executed on    August 3, 2007

Place    Wilmington, Delaware

Page 2
RE: Shawn Cuff
Petition for Action
Case No: 1:98CR00038-001-SLR
August 3, 2007

**Petition for Action: Cause for Violation(s) of Supervised Release**

**Mandatory Condition**: The defendant shall not commit another federal, state, or local crime.

**Evidence (a):** On July 18, 2007, the defendant was arrested by the Wilmington Police Department for possession with intent to deliver a narcotic schedule I controlled substance, possession of drug paraphernalia, conspiracy, maintaining a vehicle for the keeping of controlled substances, and possession with intent to deliver a narcotic schedule II substance. The defendant was also cited for traffic violations.

**Evidence (b):** On July 22, 2007, the defendant was arrested by the Wilmington Police Department for assault on a law enforcement officer, maintaining a vehicle for keeping controlled substances, criminal impersonation, resisting arrest, possession with intent to deliver a narcotic schedule II controlled substance, and trafficking in cocaine. The defendant was also cited for traffic violations.