FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

2007 OCT -9 AM 11: 02 FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 98-38-SLR |
| | : | |
| SHAWN CUFF | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF REVOCATION OF SUPERVISED RELEASE HEARING

Defendant, Shawn D. Cuff, by and through his undersigned counsel, Keir Bradford, hereby moves the Court for an Order continuing the Revocation of Supervised Release Hearing in this case.

In support of this motion, Mr. Cuff submits as follows:

1.      On or about September 27, 2007, the Federal Public Defender's Office was appointed to represent  Mr. Cuff, who is charged under Indictment with possession with intent to distribute cocaine base, and Oxycodone on July 18, 2007, in violation of 18 U.S.C. § 841(a)(1) and (B)(1)(C), and with possession with intent to distribute more than 5 grams of cocaine base on July 22, 2007, in violation 18 U.S.C. § 841(a)(1) and (b)(1)(B). Mr. Cuff was serving a period of supervised release when charged for the instant offense.

2.      Mr. Cuff's revocation hearing is currently set for October 10, 2007 at 11:30 a.m.

3.      On October 2, 2007 Mr. Cuff was arraigned before, Magistrate Judge Thygne, at which time Mr. Cuff waived his right to a preliminary hearing on the violation of supervised release. Additionally Judge Thygne informed Mr. Cuff that both his violation and his new matter would be

listed in front of your Honor.

5.       Defense counsel anticipates that the new matter will be settled through a non- trial disposition. As such we respectfully request that the revocation hearing be postponed until after Mr. Cuff is sentenced on the new matter.

6.       Accordingly, Mr. Cuff believes that this will help better gage an appropriate sentence to impose at that time.

7.       Assistant United States Attorney, Shawn Weede, counsel for the government, and United States Probation Officer, Craig Carpenter, do  not oppose this request.

WHEREFORE, it is respectfully requested that this Court issue an Order continuing the revocation hearing to anytime after sentencing on the new matter.

Respectfully submitted,

Keir Bradford
Assistant Federal Public Defender

Attorney for Defendant Shawn Cuff

One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
ecf_de@msn.com

Dated: October 9, 2007

2

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant hereby certifies that two (2) copies of the attached

Unopposed Motion for Continuance of Revocation of Supervised Release Hearing and Order were

hand delivered to the box designated in the Clerk's Office to:

Shawn Weede, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE   19801

Craig Carpenter
United States Probation Officer
824 Market Street
Wilmington, DE 19801

Keir Bradford
Assistant Federal Public Defender

Attorney for Defendant Shawn Cuff

One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
ecf_de@msn.com

Dated: October 9, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 98-38-SLR |
| | : | |
| SHAWN CUFF, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Unopposed Motion For Continuance of Revocation Hearing

of Supervised Release;

**IT IS HEREBY ORDERED** this _____ day of _____ _____, 2007, that

Defendant Cuffs' Violation Hearing shall be on the _____ day of _____, 2007 at _____ a.m./p.m.

_____ _____ _____
**HONORABLE SUE L. ROBINSON**
United States District Court