IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 98-38-SLR |
| ) | |
| SHAWN CUFF, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this 10th day of October, 2007, having considered defendant's unopposed motion for a continuance of the revocation of supervised release hearing;

IT IS ORDERED that said motion (D.I. 74) is granted. The hearing is continued until resolution of the charges pending in United States v. Shawn Cuff, Crim. No. 07-127-SLR.

_____
United States District Judge