≉AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

SHAWN CUFF

**WARRANT FOR ARREST**

Case Number: 98-CR-038-001-SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   SHAWN CUFF _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Violations of Conditions of Supervised Release

in violation of Title _____ United States Code, Section(s) _____

**PETER T. DALLEO** _____
Name of Issuing Officer

**CLERK OF COURT** _____
Title of Issuing Officer

BY: _Francesca Passare, Deputy Clerk_
Signature of Issuing Officer

8/6/07                          at Wilmington, Delaware
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Shawn Cuff

| DATE RECEIVED 8/6/07 | NAME AND TITLE OF ARRESTING OFFICER T. Conrad  DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/27/07 | | |